UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DONNA GAGNON-SMITH, <br> Plaintiff | : <br> : CIVIL ACTION NO. <br> : 3:02CV02138 (RNC) |
| VS. | : |
| CITY OF MIDDLETOWN, <br> Defendant | : <br> : JANUARY 7, 2004 |

### MOTION TO WITHDRAW APPEARANCE

Pursuant to D. Conn. L. Civ. R. 7(e), the undersigned respectfully moves to withdraw his appearance on behalf of the Defendant, City of Middletown, in the above-captioned matter, as the undersigned will no longer be engaged in the practice of law with this firm after January 7, 2004. The defendant will be represented by James J. Szerejko of Halloran & Sage LLP, who is filing an appearance contemporaneous with this motion.

WHEREFORE, the undersigned respectfully requests that this Motion to Withdraw Appearance be granted.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

DEFENDANT:
CITY OF MIDDLETOWN

By: _____
Brian P. Leaming
Fed. Bar No. ct 16075
HALLORAN & SAGE LLP
One Goodwin Square
Hartford, CT 06103
Tele: (860) 522-6103
leaming@halloran-sage.com
Its Attorneys

**CERTIFICATION**

This is to certify that on this 7th day of January 2004, the foregoing was either mailed, postpaid, or hand-delivered to:

John R. Williams, Esq.
Williams and Pattis, LLC
51 Elm Street
New Haven, CT 06510

Trina Solecki, City Attorney (via certified mail)
245 DeKoven Drive
P.O. 1300
Middletown, CT 06457

_____
Brian P. Leaming

500949.1(HS-FP)

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105