UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DONNA GAGNON-SMITH,<br>　　　　Plaintiff | :<br>: CIVIL ACTION NO.<br>: 3:02CV02138 (RNC)<br>: |
| VS. | : |
| CITY OF MIDDLETOWN,<br>　　　　Defendant | :<br>: JANUARY 7, 2004 |

## APPEARANCE

Enter my appearance as Attorney for the defendant, City of Middletown, in the above-captioned matter.

　　　　　　　　　　　　　　　　DEFENDANT:
　　　　　　　　　　　　　　　　CITY OF MIDDLETOWN

　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　James J. Szerejko
　　　　　　　　　　　　　　　　Fed. Bar No. ct 04326
　　　　　　　　　　　　　　　　HALLORAN & SAGE LLP
　　　　　　　　　　　　　　　　One Goodwin Square
　　　　　　　　　　　　　　　　Hartford, CT  06103
　　　　　　　　　　　　　　　　Tele: (860) 522-6103
　　　　　　　　　　　　　　　　Its Attorneys

One Goodwin Square　　　　**HALLORAN**　　　　Phone (860) 522-6103
225 Asylum Street　　　　　**& SAGE LLP**　　　Fax (860) 548-0006
Hartford, CT 06103　　　　　　　　　　　　　　Juris No. 26105

## **CERTIFICATION**

This is to certify that on this 7th day of January 2004, the foregoing was either mailed, postpaid, or hand-delivered to:

John R. Williams, Esq.
Williams and Pattis, LLC
51 Elm Street
New Haven, CT 06510

Trina Solecki, City Attorney
245 DeKoven Drive
P.O. 1300
Middletown, CT 06457

500959.1(HS-FP)

James J. Szerejko

- 2 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105