02cv2138mwthapr

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DONNA GAGNON-SMITH,
    Plaintiff

VS.

CITY OF MIDDLETOWN,
    Defendant

CIVIL ACTION NO.
3:02CV02138 (RNC)

JANUARY 7, 2004

## MOTION TO WITHDRAW APPEARANCE

Pursuant to D. Conn. L. Civ. R. 7(e), the undersigned respectfully moves to withdraw his appearance on behalf of the Defendant, City of Middletown, in the above-captioned matter, as the undersigned will no longer be engaged in the practice of law with this firm after January 7, 2004. The defendant will be represented by James J. Szerejko of Halloran & Sage LLP, who is filing an appearance contemporaneous with this motion.

WHEREFORE, the undersigned respectfully requests that this Motion to Withdraw Appearance be granted.

January 14, 2004.  Granted. So ordered.
Robert N. Chatigny, U.S.D.J.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

**HALLORAN & SAGE LLP**

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105