UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DONNA GAGNON-SMITH, | : | |
|     Plaintiff | : | CIVIL ACTION NO. |
| | : | 3:02CV02138 (RNC) |
| VS. | : | |
| | : | |
| CITY OF MIDDLETOWN, | : | |
|     Defendant | : | MARCH 31, 2004 |

### MOTION BY CONSENT FOR ENLARGEMENT OF TIME WITHIN WHICH TO FILE THE JOINT TRIAL MEMORANDUM

The defendant, joined by the plaintiff, hereby respectfully requests an enlargement of time of an additional thirty (30) days, to and including May 1, 2004, for purposes of filing the Joint Trial Memorandum, and states that same is for good cause as follows.

The undersigned counsel for the defendant, James J. Szerejko, filed his appearance with the Court on January 7, 2004, as predecessor counsel, Brian P. Leaming, was leaving the firm of Halloran & Sage LLP.  Until the Court's ruling on the defendant's Motion for Summary Judgment, received on March 25, 2004, undersigned counsel had no direct involvement in the file, and was awaiting the Court's decision on that motion.  Counsel are to certify that the Joint Trial Memorandum is a product of consultation between the lawyers who will be trying

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

the case and, to prepare this Joint Trial Memorandum, and make this certification, James J. Szerejko, would need additional time to properly do so, as he was not involved in the discovery or preparation of defendant's Motion for Summary Judgment.

    Finally, in the context of briefly discussing the status of this matter, given the recent ruling by the Court, counsel have agreed to explore settlement possibilities in an effort to avoid trial and preparation for same.

    As stated, plaintiff's counsel has no objection to this motion and, in fact, joins in same.

    This is the parties' <u>first</u> motion for enlargement of time within which to comply with the Court's Joint Trial Memorandum.

    WHEREFORE, for the foregoing reasons, the defendant, joined by the plaintiff, respectfully requests an enlargement of time, for an additional thirty (30) days, for the reasons stated herein.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

                DEFENDANT:
                CITY OF MIDDLETOWN

                By:_____
                 James J. Szerejko
                 Fed. Bar No. ct 04326
                 HALLORAN & SAGE LLP
                 One Goodwin Square
                 Hartford, CT  06103
                 Tele: (860) 522-6103
                 Its Attorneys

## **CERTIFICATION**

   This is to certify that on this 31st day of March, 2004, the foregoing was either mailed, postpaid, or hand-delivered to:

John R. Williams, Esq.
Williams and Pattis, LLC
51 Elm Street
New Haven, CT 06510

Trina Solecki, City Attorney
245 DeKoven Drive
P.O. 1300
Middletown, CT 06457

                _____
                James J. Szerejko

533402.1(HS-FP)

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105