24

FILED

2004 MAR 31  P 2: 16

U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DONNA GAGNON-SMITH,<br>　　　　Plaintiff | CIVIL ACTION NO.<br>3:02CV02138 (RNC) |
| VS. | |
| CITY OF MIDDLETOWN,<br>　　　　Defendant | MARCH 31, 2004 |

## MOTION BY CONSENT FOR ENLARGEMENT OF TIME WITHIN WHICH TO FILE THE JOINT TRIAL MEMORANDUM

The defendant, joined by the plaintiff, hereby respectfully requests an enlargement of time of an additional thirty (30) days, to and including May 1, 2004, for purposes of filing the Joint Trial Memorandum, and states that same is for good cause as follows.

The undersigned counsel for the defendant, James J. Szerejko, filed his appearance with the Court on January 7, 2004, as predecessor counsel, Brian P. Leaming, was leaving the firm of Halloran & Sage LLP. Until the Court's ruling on the defendant's Motion for Summary Judgment, received on March 25, 2004, undersigned counsel had no direct involvement in the file, and was awaiting the Court's decision on that motion. Counsel are to certify that the Joint Trial Memorandum is a product of consultation between the lawyers who will be trying

Granted. So ordered.
Robert N. Chatigny, U.S.D.J.
April 6, 2004.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

**HALLORAN**
**& SAGE LLP**

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105