UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DONNA GAGNON-SMITH, :
    Plaintiff : CIVIL ACTION NO.
: 3:02CV02138 (RNC)
VS. :
:
CITY OF MIDDLETOWN, :
    Defendant : APRIL 30, 2004

**MOTION BY CONSENT FOR ENLARGEMENT OF TIME
WITHIN WHICH TO FILE THE JOINT TRIAL MEMORANDUM**

The defendant, joined by the plaintiff, hereby respectfully requests an enlargement of time of an additional twenty (20) days, to and including May 21, 2004, for purposes of filing the Joint Trial Memorandum, and states that same is for good cause as follows.

Counsel for both parties have been engaged in settlement discussions since the Court's recent ruling on the defendant's Motion for Summary Judgment. The time and expense associated with the preparation and filing of the Joint Trial Memorandum could cause the parties to grow further apart, rather than closing the gap in their respective settlement positions.

An appropriate subcommittee of the Middletown City Council, that must approve any possible settlement, is not scheduled to meet until May 11, 2004. If

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

the parties are able to resolve this matter, an approval of that subcommittee is necessary. In the event that that approval is not obtained, and the matter cannot settle, the time sought by this motion will allow the parties to work cooperatively in preparing and submitting the Joint Trial Memorandum by the extended date.

As stated, plaintiff's counsel has no objection to this motion, and, in fact, joins in same.

This is the parties' <u>second</u> motion for enlargement of time within which to comply with the Court's Joint Trial Memorandum.

WHEREFORE, for the foregoing reasons, the defendant, joined by the plaintiff, respectfully requests an enlargement of time, for an additional twenty (20) days, for the reasons stated herein.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

           DEFENDANT:
           CITY OF MIDDLETOWN

           By:_____
            James J. Szerejko
            Fed. Bar No. ct 04326
            HALLORAN & SAGE LLP
            One Goodwin Square
            Hartford, CT  06103
            Tele: (860) 522-6103
            Its Attorneys

## **CERTIFICATION**

   This is to certify that on this 30th day of April, 2004, the foregoing was either mailed, postpaid, or hand-delivered to:

John R. Williams, Esq.
Williams and Pattis, LLC
51 Elm Street
New Haven, CT 06510

Trina Solecki, City Attorney
245 DeKoven Drive
P.O. 1300
Middletown, CT 06457

           _____
           James J. Szerejko

545032.1(HS-FP)

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105