28

FILED

2004 APR 30 P 3: 53

U.S. DISTRICT COURT
HARTFORD, CT.

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DONNA GAGNON-SMITH, | : | |
| Plaintiff | : | CIVIL ACTION NO. |
| | : | 3:02CV02138 (RNC) |
| VS. | : | |
| | : | |
| CITY OF MIDDLETOWN, | : | |
| Defendant | : | APRIL 30, 2004 |

## MOTION BY CONSENT FOR ENLARGEMENT OF TIME
## WITHIN WHICH TO FILE THE JOINT TRIAL MEMORANDUM

The defendant, joined by the plaintiff, hereby respectfully requests an enlargement of time of an additional twenty (20) days, to and including May 21, 2004, for purposes of filing the Joint Trial Memorandum, and states that same is for good cause as follows.

Counsel for both parties have been engaged in settlement discussions since the Court's recent ruling on the defendant's Motion for Summary Judgment. The time and expense associated with the preparation and filing of the Joint Trial Memorandum could cause the parties to grow further apart, rather than closing the gap in their respective settlement positions.

An appropriate subcommittee of the Middletown City Council, that must approve any possible settlement, is not scheduled to meet until May 11, 2004. If

*[Margin note, left side:]* Counsel are reminded that motions for extension of time must be filed 5 days prior to the deadline in question. So ordered. Robert N. Chatigny, U.S.D.J.

May 3, 2004. Granted.

FILED MAY -4 A [illegible] DISTRICT COURT HARTFORD, CT

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

**HALLORAN**
**& SAGE LLP**

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105