## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DONNA GAGNON-SMITH, | : | |
|     Plaintiff | : | CIVIL ACTION NO. |
| | : | 3:02CV02138 (RNC) |
| VS. | : | |
| | : | |
| CITY OF MIDDLETOWN, | : | |
|     Defendant | : | MAY 19, 2004 |

## MOTION BY CONSENT FOR ENLARGEMENT OF TIME
## WITHIN WHICH TO FILE THE JOINT TRIAL MEMORANDUM

The defendant, joined by the plaintiff, hereby respectfully requests an enlargement of time of an additional five (5) days, to and including May 26, 2004, for purposes of filing the Joint Trial Memorandum, and states that same is for good cause as follows.

As indicated in recent filings, the parties have attempted to resolve this matter, and those efforts have proved unsuccessful. Due to the commitment of counsel for both sides to other matters, they have been unable to finalize the Joint Trial Memorandum for filing and represent that the additional time is necessary to do so.

As stated, plaintiff's counsel has no objection to this motion and, in fact, joins in same.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

This is the parties' <u>third</u> motion for enlargement of time within which to comply with the Court's Joint Trial Memorandum.

WHEREFORE, for the foregoing reasons, the defendant, joined by the plaintiff, respectfully requests an enlargement of time, for an additional five (5) days, for the reasons stated herein.

DEFENDANT:
CITY OF MIDDLETOWN

By:_____
James J. Szerejko
Fed. Bar No. ct 04326
HALLORAN & SAGE LLP
One Goodwin Square
Hartford, CT  06103
Tele: (860) 522-6103
Its Attorneys

- 2 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## **CERTIFICATION**

      This is to certify that on this 19th day of May, 2004, the foregoing was either mailed, postpaid, or hand-delivered to:

John R. Williams, Esq.
Williams and Pattis, LLC
51 Elm Street
New Haven, CT 06510

Trina Solecki, City Attorney
245 DeKoven Drive
P.O. 1300
Middletown, CT 06457

                                            _____
                                            James J. Szerejko

533402.1(HS-FP)

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105