30

FILED

2004 MAY 19 P 3: 15

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

U.S. DISTRICT COURT
HARTFORD, CT.

DONNA GAGNON-SMITH,
        Plaintiff

VS.

CITY OF MIDDLETOWN,
        Defendant

CIVIL ACTION NO.
3:02CV02138 (RNC)

MAY 19, 2004

## MOTION BY CONSENT FOR ENLARGEMENT OF TIME WITHIN WHICH TO FILE THE JOINT TRIAL MEMORANDUM

The defendant, joined by the plaintiff, hereby respectfully requests an enlargement of time of an additional five (5) days, to and including May 26, 2004, for purposes of filing the Joint Trial Memorandum, and states that same is for good cause as follows.

As indicated in recent filings, the parties have attempted to resolve this matter, and those efforts have proved unsuccessful. Due to the commitment of counsel for both sides to other matters, they have been unable to finalize the Joint Trial Memorandum for filing and represent that the additional time is necessary to do so.

As stated, plaintiff's counsel has no objection to this motion and, in fact, joins in same.

May 20, 2004. Granted. So ordered. Robert N. Chatigny, U.S.D.J.

FILED 2004 MAY 20 P 3:38 U.S. DISTRICT COURT HARTFORD, CT.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

**HALLORAN**
**& SAGE LLP**

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105