**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| DONNA GAGNON-SMITH, | : | |
| Plaintiff | : | CIVIL ACTION NO. |
| | : | 3:02CV02138 (RNC) |
| VS. | : | |
| | : | |
| CITY OF MIDDLETOWN, | : | |
| Defendant | : | MAY 26, 2004 |

## MOTION BY CONSENT, NUNC PRO TUNC, FOR ENLARGEMENT OF TIME WITHIN WHICH TO FILE THE JOINT TRIAL MEMORANDUM

The defendant, joined by the plaintiff, hereby respectfully requests an enlargement of time of an additional forty-eight hours, to and including May 28, 2004, for purposes of filing the Joint Trial Memorandum, and states that same is for good cause as follows.

The parties have worked cooperatively in completing the Joint Trial Memorandum. However, due to a problem in transmitting an e-mail of the entire document to plaintiff's counsel and the fact that his office is in New Haven and defendant's counsel's office is in Hartford, it does not appear that the parties will have an original signature page, executed by plaintiff's counsel, to file with the Court by today's deadline. In all likelihood, the signature page can be provided by May 27, 2004 and the Joint Trial Memorandum will be filed that date.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

However, in an abundance of caution, to ensure that all appropriate signatures are in place on the Memorandum, when it is filed with the Court, the parties respectfully request, *nunc pro tunc*, that the time within which they are to file the Joint Trial Memorandum be extended for forty-eight hours, through May 28, 2004.

As stated, plaintiff's counsel has no objection to this motion and, in fact, joins in same.

This is the parties' <u>fourth</u> motion for enlargement of time within which to comply with the Court's Joint Trial Memorandum.

WHEREFORE, for the foregoing reasons, the defendant, joined by the plaintiff, respectfully requests an enlargement of time, for an additional forty-eight hours, to and including May 28, 2004, for the reasons stated herein.

DEFENDANT:
CITY OF MIDDLETOWN


By:_____
        James J. Szerejko
        Fed. Bar No. ct 04326
        HALLORAN & SAGE LLP
        One Goodwin Square
        Hartford, CT  06103
        Tele: (860) 522-6103
        Its Attorneys

- 2 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## **CERTIFICATION**

This is to certify that on this 26th day of May, 2004, the foregoing was either mailed, postpaid, or hand-delivered to:

John R. Williams, Esq.
Williams and Pattis, LLC
51 Elm Street
New Haven, CT 06510

Trina Solecki, City Attorney
245 DeKoven Drive
P.O. 1300
Middletown, CT 06457

_____
James J. Szerejko

554477.1(HS-FP)

- 3 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105