32

FILED

2004 MAY 26  P 3: 58

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DONNA GAGNON-SMITH, | : | |
| Plaintiff | : | CIVIL ACTION NO. |
| | : | 3:02CV02138 (RNC) |
| VS. | : | |
| | : | |
| CITY OF MIDDLETOWN, | : | |
| Defendant | : | MAY 26, 2004 |

### MOTION BY CONSENT, NUNC PRO TUNC, FOR ENLARGEMENT OF TIME WITHIN WHICH TO FILE THE JOINT TRIAL MEMORANDUM

The defendant, joined by the plaintiff, hereby respectfully requests an enlargement of time of an additional forty-eight hours, to and including May 28, 2004, for purposes of filing the Joint Trial Memorandum, and states that same is for good cause as follows.

The parties have worked cooperatively in completing the Joint Trial Memorandum. However, due to a problem in transmitting an e-mail of the entire document to plaintiff's counsel and the fact that his office is in New Haven and defendant's counsel's office is in Hartford, it does not appear that the parties will have an original signature page, executed by plaintiff's counsel, to file with the Court by today's deadline. In all likelihood, the signature page can be provided by May 27, 2004 and the Joint Trial Memorandum will be filed that date.

FILED 2004 MAY 28 P 5: U.S. DISTRICT COURT HARTFORD, CT.

5/28/04 Granted. So ordered.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

**HALLORAN
& SAGE LLP**

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105