UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DONNA GAGNON-SMITH | : | |
| | : | |
| VS. | : | NO. 3:02CV2138(RNC) |
| | : | |
| CITY OF MIDDLETOWN | : | MAY 28, 2004 |

**PROPOSED VERDICT FORM**

1. Did the defendant violate the plaintiff's right to freedom of speech?

    Yes_____          No_____

2. If you have answered "no" to Question One, your deliberations are at an end. If you have answered "yes" to Question One, what amount of money do you award the plaintiff to compensate her for the violation of her right to freedom of speech?

    $_____

THE PLAINTIFF

BY:_____
  JOHN R. WILLIAMS (ct00215)
  51 Elm Street
  New Haven, CT 06510
  203/562-9931
  FAX: 203/776-9494
  E-Mail: jrw@johnrwilliams.com
  Her Attorney

THE DEFENDANT

BY_____
  James J. Szerejko
  Halloran & Sage LLP
  One Goodwin Square
  225 Asylum Street
  Hartford, CT 06103
  860.522.6103
  Fax: 860.548.0006
  E-Mail: szerejko@halloran-sage.com
  Its Attorney

551911.1(HS-FP)