UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 SEP 21 P 4: 11
U.S. DISTRICT COURT
HARTFORD, CT.

DONNA GAGNON-SMITH,

    Plaintiff,

v.

CITY OF MIDDLETOWN,

    Defendant.

CASE NO. 3:02CV2138 (RNC)

## REFERRAL TO MAGISTRATE JUDGE

This case is hereby referred to Magistrate Judge Donna F. Martinez for the following:

___ To confer with the parties and enter the scheduling order required by F.R.Civ.P. 16(b);

___ To supervise discovery and resolve discovery disputes;

___ A ruling on all pretrial motions except dispositive motions, as permitted by 28 U.S.C. § 636(b)(1)(B);

_X_ To conduct settlement conferences;

___ To conduct a prefiling conference;

___ To assist the parties in preparing a joint trial memorandum;

___ A ruling on the following pending motions:

_____
_____

So ordered.

Dated at Hartford, Connecticut this 21 day of September 2004.

                      Robert N. Chatigny
                United States District Judge