UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DONNA GAGNON-SMITH,

    Plaintiff,

V.

CITY OF MIDDLETOWN,

    Defendant.

CASE NO. 3:02CV2138 (RNC)

FILED 2004 SEP 21 P 4: 11
HARTFORD, CT.

## PRETRIAL ORDER

It is hereby ordered:

1. Trial will commence with jury selection on **December 14, 2004, at 9:00 a.m.**

2. Presentation of evidence will begin as soon as possible following jury selection. Other cases are set for jury selection on the same day as this one. Consequently, presentation of evidence in this case might be delayed.

3. The date for a final pretrial conference will be set prior to the jury selection date.

So ordered.

Dated at Hartford, Connecticut this 21 day of September 2004.

Robert N. Chatigny
United States District Judge