AO 458 (Rev. 5/85)   Appearance

United States District Court
_____ DISTRICT OF _____

United States District Court
District of Connecticut
FILED AT HARTFORD
1-11-05
Kevin F. Rowe, Clerk
By /s/ _____ Deputy Clerk

Gagnon, Smith
    v.
Middleton

APPEARANCE

CASE NUMBER: 3:02CV2138(RNC)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

the plaintiff

Date: 1/11/05

Certification –
hand delivered to
James Szerejko
225 Asylum St.
Hartford, CT 06103

Signature: /s/ Katrena Engstrom  ct 09444
Print Name: Katrena Engstrom
Address: 51 Elm St.
City: New Haven   State: CT   Zip Code: 06510
Phone Number: 203-562-9931