## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DONNA GAGNON-SMITH, | : | |
|     Plaintiff | : | CIVIL ACTION NO. |
| | : | 3:02CV02138 (RNC) |
| VS. | : | |
| | : | |
| CITY OF MIDDLETOWN, | : | |
|     Defendant | : | JANUARY 14, 2005 |

### NOTICE OF FILING OFFER OF JUDGMENT

    The defendant, City of Middletown, hereby gives notice that it has filed this date an offer of judgment by serving same upon counsel for the plaintiff.

                                        DEFENDANT:
                                        CITY OF MIDDLETOWN

                                        By:_____
                                          James J. Szerejko
                                          Fed. Bar No. ct 04326
                                          HALLORAN & SAGE LLP
                                          One Goodwin Square
                                          Hartford, CT  06103
                                          Tele: (860) 522-6103
                                          Its Attorneys

One Goodwin Square              HALLORAN             Phone (860) 522-6103
225 Asylum Street               & SAGE LLP            Fax (860) 548-0006
Hartford, CT 06103                                          Juris No. 26105

### **CERTIFICATION**

      This is to certify that on this 14th day of January, 2005, the foregoing was either mailed, postpaid, or hand-delivered to:

Attorney Katrena Engstrom
51 Elm Street
New Haven, CT 06510

Trina Solecki, City Attorney
245 DeKoven Drive
P.O. 1300
Middletown, CT 06457

                                                _____
                                                    James J. Szerejko

639086.1(HS-FP)

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105