#45

FILED

2005 JAN 21  A II: 13

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| DONNA GAGNON-SMITH | : |
| VS. | : NO. 3:02CV2138(RNC) |
| CITY OF MIDDLETOWN | : JANUARY 19, 2005 |

## ACCEPTANCE OF OFFER OF JUDGMENT

The plaintiff accepts the defendant's Offer of Judgment dated January 14, 2005, and agrees that judgment may enter in her favor and against the defendant in the amount of Fifteen Thousand Dollars ($15,000), inclusive of all costs and counsel fees.

Approved. So ordered.
Robert N. Chatigny, U.S.D.J.
January 21, 2005.

THE PLAINTIFF

BY: _____
JOHN R. WILLIAMS (ct00215)
51 Elm Street
New Haven, CT 06510
203/562-9931
FAX: 203/776-9494
E-Mail: jrw@johnrwilliams.com
Her Attorney

### CERTIFICATION OF SERVICE

On the date above stated, copies hereof were mailed to James J. Szerejko, Esq., Halloran & Sage LLP, One Goodwin Square, Hartford, CT 06103, and Attorney Trina A. Solecki, City Attorney, P. O. Box 1300, Middletown, CT 06457.

_____
JOHN R. WILLIAMS