UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DONNA GAGNON-SMITH | : | |
| | : | |
| v. | : | CASE NO. 3:02CV2138(RNC) |
| | : | |
| CITY OF MIDDLETOWN | : | |

## JUDGMENT

The plaintiff in this action having filed an Acceptance of Offer of Judgment on January 21, 2005, and the court having Approved and So Ordered it by endorsement on January 21, 2005, it is therefore,

ORDERED, ADJUDGED and DECREED that the judgment be and is hereby entered in favor of the plaintiff in the amount of $15,000 inclusive of costs and attorney fees.

Dated at Hartford, Connecticut, this 21st day of January 2005.

KEVIN F. ROWE, Clerk

By _____/s/lik_____
Linda I. Kunofsky
Deputy Clerk

EOD _____