UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DONNA GAGNON-SMITH | : | |
| | : | |
| VS. | : | NO. 3:02CV2138(RNC) |
| | : | |
| CITY OF MIDDLETOWN | : | FEBRUARY 26, 2005 |

**SATISFACTION OF JUDGMENT**

The judgment in this case has been fully satisfied.

THE PLAINTIFF

BY:_____
JOHN R. WILLIAMS (ct00215)
51 Elm Street
New Haven, CT 06510
203/562-9931
FAX: 203/776-9494
E-Mail: jrw@johnrwilliams.com
Her Attorney

CERTIFICATION OF SERVICE

On the date above stated, copies hereof were mailed to James J. Szerejko, Esq., Halloran & Sage LLP, One Goodwin Square, Hartford, CT 06103; and Attorney Trina A. Solecki, City Attorney, P. O. Box 1300, Middletown, CT 06457.

_____
JOHN R. WILLIAMS